IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DARRYL D. EVANS,

    Plaintiff,

    v.

ATLANTA PUBLIC SCHOOLS,

    Defendant.

CIVIL ACTION FILE
NO. 1:15-CV-3652-TWT

**ORDER**

    This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 24] of the Magistrate Judge recommending granting the Defendant's Motion to Set Aside Default [Doc. 19]. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Set Aside Default [Doc. 19] is GRANTED. The Plaintiff's Motion for Default Judgment [Doc. 20] is DENIED.

    SO ORDERED, this 25 day of May, 2016.

                          /s/Thomas W. Thrash
                          THOMAS W. THRASH, JR.
                          United States District Judge