IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DARRYL D. EVANS,

    Plaintiff,

      v.

ATLANTA PUBLIC SCHOOLS,

    Defendant.

CIVIL ACTION FILE
NO. 1:15-CV-3652-TWT

**ORDER**

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 32] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 28]. The Plaintiff's objections to the Report and Recommendation do not address the merits of the case which the Plaintiff says has been settled. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 28] is GRANTED.

T:\ORDERS\15\Evans\15cv3652\r&r2.wpd

SO ORDERED, this 27 day of October, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge